IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF PENNSYLVANIA

                                    Date of Notice:
INTERNATIONAL ACTION CENTER    :  June 6, 2003

          vs.                  :

THE CITY OF PHILADELPHIA, ET AL.:  CIVIL ACTION NO. 01-2217


          TAKE NOTICE that the above-captioned matter is

**rescheduled** for ___TRIAL___ in the United States District Court,

United States Courthouse, 601 Market Street, Philadelphia, PA,

before the Honorable John P. Fullam, on July 7, 2003, at 10:00

A.M., in Courtroom No. 15-A.

          If trial counsel is on trial or otherwise engaged at

the time of the scheduled trial, another attorney in such trial

counsel's office should appear.

          THE MATTER WILL BE CONTINUED TO ANOTHER DATE ONLY IN

EXCEPTIONAL CASES.


                              Very truly yours,


                              Rosalind Burton-Hoop
                              Deputy Clerk to Judge Fullam


COPIES BY MAIL ON __6/6/03__ TO: Mara Verheyden-Hilliard, Esquire
                                 Joseph Z. Traub, Esquire
                                 Christopher I. McCabe, Esquire
                                 Kenneth I. Trujillo, Esquire